IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RONALD SATISH EMRIT,                )
                                    )
            Plaintiff,              )
                                    )      1:13CV776
    v.                              )
                                    )
AMERICAN COMMUNICATIONS NETWORK,    )
INC.,                               )
                                    )
            Defendant.              )

### ORDER

On September 23, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 12 and 13.) No objections were filed within the time limits prescribed by § 636.

Because no objections were filed, the court need not conduct a *de novo* review, and the Magistrate Judge's Recommendation is hereby adopted.

IT IS ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. 6) is DENIED.

                                        /s/   Thomas D. Schroeder
                                      United States District Judge

October 15, 2013