IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RONALD SATISH EMRIT,              )
                                  )
            Plaintiff,            )
                                  )        1:13CV776
     v.                           )
                                  )
AMERICAN COMMUNICATIONS NETWORK,  )
INC.,                             )
                                  )
            Defendant.            )
```

### ORDER

On January 14, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.

No objections were filed within the time permitted by section 636. The court has reviewed the Magistrate Judge's report and hereby adopts the Magistrate Judges Recommendation.

IT IS THEREFORE ORDERED the Motion for Default Judgment (Doc. 16), Motion for Directed Verdict (Doc. 17), Motion for Judgment Not Withstanding the Verdict (Doc. 18), and Motion for Summary Judgment (Doc. 19) are DENIED. Service of process had not occurred when those motions were filed and thus they were premature and lacked merit.

                                                             /s/   Thomas D. Schroeder
                                                        United States District Judge

February 26, 2014